**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | |
| | ) | 2:05-CR-325-JCM |
| vs | ) ) | |
| PARIS CHERER, | ) | ORDER |
| Defendant. | ) ) | |

Presently before the court is petitioner's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 (Doc. # 109).

Under Title 28, United States Code, Section 2255, a prisoner "may move the court which imposed [his or her] sentence to vacate, set aside, or correct the sentence." Here, petitioner's motion fails for lack of completeness. Specifically, petitioner's motion (1) fails to specify the grounds for relief available to him; (2) fails to state the facts supporting each ground; and (3) fails to state the relief requested. *See* Rule 2, Rules Governing Section 2255 Proceedings in the United States District Courts, 28 U.S.C. foll. § 2255. In order for the court to properly address petitioner's motion, the motion should substantially follow the Section 2255 form. Accordingly,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that petitioner's ex parte motion to vacate, set aside, or correct sentence (Doc. # 109) be, and the same hereby is, DENIED without prejudice.

. . .

. . .

. . .

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that petitioner resubmit and substantially follow the Section 2255 form.

**DATED this 6th day of August, 2008.**

_____
**UNITED STATES DISTRICT JUDGE**