# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                                           )<br>            Plaintiff,                    )<br>                                                           )<br>      vs                                          )<br>                                                           )<br>**PARIS CHERER,**                     )<br>                                                           )<br>            Defendant.                 )<br>_____) | 2:05-CR-325-JCM<br><br>ORDER |

      Presently before the court is defendant Paris Cherer's motion for copies of his currently pending 18 U.S.C. § 2255 motion and a copy of the docket in the case. The government has not responded.

      Good cause being shown,

      IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant's motion for copies (doc. #122) be, and the same hereby is, GRANTED. The clerk shall provide defendant with one copy of the § 2255 motion, including exhibits (doc. #115) and one copy for the docket sheet in this case.

      DATED this 27th day of January, 2012.

                                                  _____<br>
                                                  UNITED STATES DISTRICT JUDGE